UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZIPLINK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 3:11-cv-1866 <br><br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the plaintiff, Ziplink, Inc. ("Ziplink"), and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses, with prejudice, all claims asserted in the above-referenced matter. The defendant, Microsoft Corporation has not yet answered or otherwise plead in response to the Complaint.

Dated: May 18, 2012	Respectfully submitted,

<p style="margin-left: 50%;">By: /s/ Steven M. Coyle<br>
Steven M. Coyle, Esq. (CT 21039)<br>
CANTOR COLBURN LLP<br>
20 Church Street, 22nd Floor<br>
Hartford, CT  06103<br>
Tel: 998-286-2929<br>
Fax: 998-286-0115<br>
scoyle@cantorcolburn.com</p>

ATTORNEY FOR PLAINTIFF
ZIPLINK, INC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on mailing time and provide for a uniform period regardless of the use of the mails.

Dated: May 18, 2012                    /s/ Steven M. Coyle
                                       Steven M. Coyle, Esq.